## COMPTON & AL vs. PATTERSON.

An appeal lies from a judgment of dismissal. The indorsee cannot require that the payee be made a party and answer interrogatories.

APPEAL from the court of the sixth district.

MARTIN, J. delivered the opinion of the court. The plaintiffs brought suit as endorsees, on the defendant's note, he pleaded the general

issue, attacked the consideration of the note and prayed that the payee, his vendor, might be made a party, and be directed to answer interrogatories, which he propounded.

The district judge allowed the vendor to be made a party and directed he should answer the interrogatories. The plaintiffs counsel's objection to this were overruled, and he took a bill of exceptions.

The case was for several terms continued, and the plaintiffs as often pressed for judgment. It was at last dismissed, and they appealed.

It is urged an appeal does not lie from a judgment of dismissal, which is not final and works no irreparable injury, since the plaintiff is perfectly at liberty to renew his suit. So he may in the case of a non-suit, and be non-suited again, and renew his suit *ad infinitum.* Yet we have held that an appeal lies from a judgment of non-suit. *Chedoteau's heirs* vs. *Dominguez.* 7 *Martin,* 490. It lies from the discontinuance of a cause. *Brand & al. syndics* vs. *Shaumburg, vol.* 1, 698.

The defendant's note was endorsed before its maturity, and between the endorsees and

West'n District,  maker the consideration could not be gone in-
Sept. 1824.       to.   Hubbard & al vs. Fulton's heirs, id. 241.

COMPTON & AL         The district judge erred in allowing the
vs.
PATTERSON.    payee and indorser to be made a party; if he
abused the defendant's confidence, the latter
must seek his remedy in a distinct action, and
cannot on this account delay the plaintiffs re-
covery.

It is therefore ordered, adjudged and de-
creed that the judgment of the district court be
annulled, avoided and reversed, that the order
allowing the endorser to be made a party, and
that directing him to answer interrogato-
ries, be rescinded, and the case remanded with
directions to the judge, to proceed therein
according to law.   The defendant and appel-
lee paying costs in this cause.

*Wilson* for the plaintiffs, *Thomas* for the de-
fendant.